```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30902
   KARLA K SULLIVAN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2290


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/19/04 and confirmed on 10/15/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  13615.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
PRIVATE CAPITOL GROUP    CURRENT MORTG          .00           .00           .00
PRIVATE CAPITOL GROUP    MORTGAGE ARRE      9542.46           .00       9542.46
ALEXIAN BROTHERS MEDICAL UNSECURED         NOT FILED          .00           .00
LASALLE BANK             UNSECURED         NOT FILED          .00           .00
CAPITAL ONE FINANCIAL    UNSECURED         NOT FILED          .00           .00
COMCAST                  UNSECURED         NOT FILED          .00           .00
FIRST PREMIER BANK       UNSECURED         NOT FILED          .00           .00
GMAC PAYMENT CENTER      UNSECURED         NOT FILED          .00           .00
GOOD SAMARITAN HOSPITAL  UNSECURED         NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC UNSECURED            617.77        85.76        617.77
WORLDCOM WIRELESS        UNSECURED         NOT FILED          .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED       PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 9542.46           .00        617.77         .00      10160.23
PRINCIPAL PAID     9542.46           .00        617.77         .00      10160.23
INTEREST PAID          .00           .00         85.76         .00         85.76
TOTAL PAID         9542.46           .00        703.53         .00      10245.99
The Debtor's attorney, ZALUTSKY & PINSKI                  , was allowed $  2700.00
and was paid $   156.00  direct and $   2544.00  through the plan.

The Trustee received $    542.46 .

Refunds to the Debtor totaled $    282.55 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                         PAGE  2
      CASE NO. 04 B 30902 KARLA K SULLIVAN